```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


RONALD SENSEBE AND                          CIVIL ACTION
ALAINNA SENSEBE


VERSUS                                      NO: 06-10492


LAFAYETTE INSURANCE COMPANY,                SECTION: "J"(1)
ET AL.
```

**ORDER AND REASONS**

Before the Court is **Plaintiffs' Motion to Remand (Rec. Doc. 2)**. Lafayette Insurance Company opposed this motion, which is set for hearing before the Undersigned on February 14, 2007 on the briefs alone. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that, for the same reasons set forth by the undersigned in <u>Southall v. St. Paul Travelers Ins. Co.</u>, 2006 WL 2385365 (E.D. La. Aug. 16, 2006) in its discussion of the Multiparty, Multiforum Trial Jurisdiction Act of 2002 ("MMTJA"), Plaintiffs' motion to remand should be granted and this case should be remanded to the 34th Judicial District Court for the Parish of St. Bernard. However, this Court declines to award attorneys fees. Accordingly,

**IT IS ORDERED** that **Plaintiffs' Motion to Remand (Rec. Doc. 2)** should be and hereby is **GRANTED IN PART** and **DENIED IN PART**. This matter is hereby <u>remanded</u> to the state court from which it was removed.

New Orleans, Louisiana this 9th day of February, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE